UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE – NASHVILLE DIVISION

| | |
|---|---|
| MARIETTA MCCLENDON,<br><br>    Plaintiff,<br><br>v.<br><br>NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | Case No.: 3:17-cv-00404<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF ANNIKA K. MARTIN, LUCAS C. MONTGOMERY AND J. BRADLEY PONDER** |

The undersigned, counsel for Plaintiff, hereby moves for admission of Annika K. Martin, Lucas C. Montgomery and J. Bradley Ponder to appear in this action *pro hac vice*.

Annika K. Martin is a member in good standing from the United States District Court for the Southern District of New York. A Certificate of Good Standing is attached.

Lucas C. Montgomery is a member in good standing from the United States District Court for the Northern District of Alabama. A Certificate of Good Standing is attached.

J. Bradley Ponder is a member in good standing from the United States District Court for the Northern District of Alabama. A Certificate of Good Standing is attached.

Dated: March 8, 2017

Respectfully submitted,

s/ Mark P. Chalos

Mark P. Chalos (BPR # 19328)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
150 Fourth Avenue, North, Suite 1650
Nashville, TN 37219-2423
Telephone: (615) 313-9000
Facsimile: (615) 355-9592
mchalos@lchb.com

*Attorneys for Plaintiff and Proposed Class*

1341554.1

## CERTIFICATE OF SERVICE VIA CM/ECF

I hereby certify that on March 8, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

s/ Mark P. Chalos
Mark P. Chalos

1341554.1