UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARIETTA MCCLENDON, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>NORTH CAROLINA MUTUAL LIFE INSURANCE COMPANY,<br><br>      Defendant. | Case No.: 3:17-cv-404<br><br><br>CLASS ACTION<br><br><br>JURY TRIAL DEMANDED |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiff hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing of the United States Courts of Appeals for the Sixth Circuit. I also declare under penalty of perjury that I am not, nor have I ever been, the subject of disciplinary or criminal proceedings.

/s/ Avery S. Halfon

Name and State Bar Number: Avery S. Halfon, New York Bar No. 5418017

Business Address: 250 Hudson Street, 8th Floor, New York, NY 10013

Local Address [if different than business address]: Same

Phone: 212-355-9500

Email: ahalfon@lchb.com

1696851.1