IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MARIETTA MCCLENDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:17-cv-00404 |
| ) | |
| NORTH CAROLINA MUTUAL LIFE ) | JUDGE CAMPBELL |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is the parties' Notice of Settlement and Stipulation of Dismissal (Doc. No. 212), indicating that all matters in dispute have been resolved and this case should be dismissed. Accordingly, this case is **DISMISSED**, with prejudice.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE